

B3B (Official Form 3B) (11/11) - Cont.    BlumbergExcelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
## District Of

In re: JOHNSON, BEVERLY O.                Debtor(s)   Case No. 12-10435
                                                        (if known)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration f\of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[X] ~~GRANTED.~~

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before 4.19.12
$ 76.50 on or before 5.19.12
$ 76.50 on or before 6.19.12
$ 76.50 on or before 7.19.12

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

[ ] SCHEDULED FOR HEARING.

*A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.*
                                                                  (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT

DATE: MAR 19 2012

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| Beverly O Johnson, | ) | |
| | ) | 12 B 10435 |
| Debtor. | ) | |
| | ) | Chapter 7 |
| | ) | |

## CERTIFICATE OF MAILING

I, Jody Clarke, certify that on March 19, 2012, I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

Beverly O Johnson
66 Harding Street
Elgin, IL 60123

_____
Jody Clarke
Relief Courtroom Deputy
(815)987-4350